# BOYD | RICHARDS

November 19, 2020

(*Via ECF*)
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Courtroom 6B
New York, NY 10007

**MEMORANDUM ENDORSEMENT**

      **Re:**   *Jocelyn Pierre v. Barolo 214 East Inc., et al.*
               Case No. 19-cv-9164-PAE-GWG

Dear Judge Gorenstein:

    This firm represents defendant Barolo 214 East Inc. ("Barolo"), in the above-referenced case. We write to provide a status update and request a stay of all deadlines.

    On September 21, 2020, we advised the Court that Barolo partially re-opened for outside dining only per New York City guidelines, and that it was unclear if and when Barolo would fully re-open. Plaintiff and Barolo jointly requested a stay of all deadlines to November 20, 2020, and the Court granted the parties' request.

    At present, the public health emergency and New York City guidelines continue to negatively impact the restaurant. Indeed, New York City has experienced new challenges with public health emergency, and the government has imposed new restrictions that require all restaurants, bars and gyms to close by 10 p.m. This has led to drop in business for Barolo by almost 70 percent, and the restaurant is struggling to keep its doors open. Considering these dire circumstances, Plaintiff and Barolo jointly request a stay of all deadlines to January 20, 2021.

    This is the parties' third request for a stay of all deadlines because of the public health emergency. No other dates are affected by this request.

**BOYD RICHARDS**

| **MIAMI** | **FT. LAUDERDALE** | **TAMPA** | **WEST PALM BEACH** | **NEW YORK** |
|---|---|---|---|---|
| 100 S.E. Second Street, Suite 2600 | 1600 W. Commercial Boulevard, Suite 201 | 400 N. Ashley Drive, Suite 1150 | 824 U.S. Highway One, Suite 100 | 1500 Broadway, Suite 505 |
| Miami, Florida 33131 | Fort Lauderdale, Florida 33302 | Tampa, Florida 33602 | North Palm Beach, Florida 33408 | New York, New York 10036 |
| Tel: 786-425-1045 Fax: 786-425-3905 | Tel: 954-848-2460 Fax: 954-848-2470 | Tel: 813-223-6021 Fax: 813-223-6024 | Tel: 561-624-8233 Fax: 561-624-8940 | Tel: (212) 400-0626 |

We appreciate the Court's attention to this matter.

Respectfully submitted,

*Gary Ehrlich*

Gary Ehrlich

To: Bradly G. Marks, Esq. (*via ECF*)

**The parties shall file a letter on or before January 20, 2021, either providing a new proposed schedule (and indicating whether a court conference is desired) or providing the status of the case.**

**So Ordered.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**November 19, 2020**